**Electronically Filed
Supreme Court
SCWC-14-0001058
12-APR-2016
07:56 AM**

SCWC-14-0001058

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ANTHONY R. LEOFFLER,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI,
Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0001058; S.P.P. No. 13-1-002K (CR. NO. 03-1-0221K))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Pollack, McKenna, and Wilson, JJ.)

Petitioner/Petitioner-Appellant Anthony R. Leoffler's

Application for Writ of Certiorari, filed on February 26, 2016,

is hereby rejected.

DATED: Honolulu, Hawaiʻi, April 12, 2016.

Jeffrey A. Hawk
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

